**Dismissed and Memorandum Opinion filed March 27, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-01034-CV**

_____

**UNION PACIFIC RAILROAD COMPANY, Appellant**

**V.**

**WALLACE L. MEEKS, JAMES M. GRAHAM, JR. AND TOMMY C. THOMPSON, Appellees**

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2011-33406**

## MEMORANDUM   OPINION

This is an appeal from a judgment signed October 28, 2011. The clerk's record was filed December 16, 2011. The reporter's record was filed December 15, 2011. No brief was filed.

On February 2, 2012, this court issued an order stating that unless appellant submitted a brief on or before March 2, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Seymore, Brown, and Boyce.